FILED
JAMES J. VILT, JR. - CLERK

JUL 29 2024

U.S. DISTRICT COURT
WEST'N. DIST. KENTUCKY

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF KENTUCKY
LOUISVILLE DIVISION

UNITED STATES OF AMERICA                                          Plaintiff

v.                                      Criminal Action No. 3:22-cr-37-RGJ

JERLEN HORTON                                                    Defendants
CHICOBY SUMMERS

## VERDICT FORM

**Count 1 (Jerlen Horton):**
**CONSPIRACY TO POSSESS WITH INTENT TO DISTRIBUTE CONTROLLED SUBSTANCES**

Question 1. With respect to the charge in Count 1, Conspiracy to Possess with Intent to Distribute controlled substances, we, the jury, find the defendant, Jerlen Horton:

GUILTY ✓             NOT GUILTY _____

[signature redacted]                                    160
                                                    Juror No.

Date: 7/29/24

If you answered guilty in response to Question 1, proceed to Question 1(a).

If you answered not guilty in response to Question 1, skip Question 1(a), and move on to the next count.

1

Question 1(a). With respect to Count 1, the amount of the mixture or substance containing a detectable amount of fentanyl, heroin, or cocaine base that was attributable to defendant Jerlen Horton, as the result of his own conduct and the conduct of other co-conspirators reasonably foreseeable to him was (indicate answer by checking one line below):

Fentanyl

✓  400 grams or more of a mixture or substance

___  40 grams or more but less than 400 grams of a mixture or substance

___  less than 40 grams of a mixture or substance

___  none

Heroin

✓  100 grams or more of a mixture or substance

___  less than 100 grams of a mixture or substance

___  none

Cocaine Base

✓  a mixture or substance containing a detectable amount of cocaine base

___  none

160
Juror No.

Date: 7/29/24

2

FILED
JAMES J. VILT, JR. - CLERK

JUL 29 2024

U.S. DISTRICT COURT
WEST'N. DIST. KENTUCKY

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF KENTUCKY
LOUISVILLE DIVISION

UNITED STATES OF AMERICA                                      Plaintiff

v.                                      Criminal Action No. 3:22-cr-37-RGJ

JERLEN HORTON                                                 Defendants
CHICOBY SUMMERS

## VERDICT FORM

**Count 1 (Chicoby Summers):**
**CONSPIRACY TO POSSESS WITH INTENT TO DISTRIBUTE CONTROLLED SUBSTANCES**

Question 1. With respect to the charge in Count 1, Conspiracy to Possess with Intent to Distribute controlled substances, we, the jury, find the defendant, Chicoby Summers:

GUILTY __✓__     NOT GUILTY _____



_____ 160
Juror No.

Date: __7/29/24__

If you answered guilty in response to Question 1, proceed to Question 1(a).

If you answered not guilty in response to Question 1, skip Question 1(a), and move on to the next count.

Question 1(a). With respect to Count 1, the amount of the mixture or substance containing a detectable amount of fentanyl, heroin, or cocaine base that was attributable to defendant Chicoby Summers, as the result of his own conduct and the conduct of other co-conspirators reasonably foreseeable to him was (indicate answer by checking one line below):

Fentanyl

   ✓   400 grams or more of a mixture or substance

_____ 40 grams or more but less than 400 grams of a mixture or substance

_____ less than 40 grams of a mixture or substance

_____ none

Heroin

   ✓   100 grams or more of a mixture or substance

_____ less than 100 grams of a mixture or substance

_____ none

Cocaine Base

   ✓   a mixture or substance containing a detectable amount of cocaine base

_____ none

160
Juror No.

Date: 7/29/24

4

**FILED**
JAMES J. VILT, JR. - CLERK

JUL 29 2024

U.S. DISTRICT COURT
WEST'N. DIST. KENTUCKY

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF KENTUCKY
LOUISVILLE DIVISION

UNITED STATES OF AMERICA                                           Plaintiff

v.                                              Criminal Action No. 3:22-cr-37-RGJ

JERLEN HORTON                                                      Defendants
CHICOBY SUMMERS

### VERDICT FORM

**Count 2 (Jerlen Horton):**
**POSSESSION OF A CONTROLLED SUBSTANCE WITH INTENT TO DISTRIBUTE**

Question 1. With respect to the charge in Count 2, Possession with Intent to Distribute Fentanyl, we, the jury, find the defendant, Jerlen Horton:

GUILTY ✓             NOT GUILTY _____



160
Juror No.

Date: 7/29/24

If you answered guilty in response to Question 1, proceed to Question 1(a).

If you answered not guilty in response to Question 1, skip Question 1(a), and move on to the next count.

5

Question 1(a). With respect to Count 2, the amount of the mixture or substance containing a detectable amount of fentanyl attributable to Jerlen Horton was (indicate answer by checking one line below):

✓ 400 grams or more of a mixture or substance

_____ 40 grams or more but less than 400 grams of a mixture or substance

_____ less than 40 grams of a mixture or substance

160<br>uror No.

Date: 7/29/24

**FILED**
JAMES J. VILT, JR. - CLERK

JUL 2 9 2024

U.S. DISTRICT COURT
WEST'N. DIST. KENTUCKY

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF KENTUCKY
LOUISVILLE DIVISION

UNITED STATES OF AMERICA                                    Plaintiff

v.                                          Criminal Action No. 3:22-cr-37-RGJ

JERLEN HORTON                                               Defendants
CHICOBY SUMMERS

## VERDICT FORM

**Count 2 (Chicoby Summers):**
**POSSESSION OF A CONTROLLED SUBSTANCE WITH INTENT TO DISTRIBUTE**

Question 1. With respect to the charge in Count 2, Possession with Intent to Distribute Fentanyl, we, the jury, find the defendant, Chicoby Summers:

GUILTY __✓__          NOT GUILTY _____

__160__
Juror No.

Date: __7/29/24__

If you answered guilty in response to Question 1, proceed to Question 1(a).

If you answered not guilty in response to Question 1, skip Question 1(a), and move on to the next count.

7

Question 1(a). With respect to Count 2, the amount of the mixture or substance containing a detectable amount of fentanyl attributable to Chicoby Summers was (indicate answer by checking one line below):

__✓__ 400 grams or more of a mixture or substance

_____ 40 grams or more but less than 400 grams of a mixture or substance

_____ less than 40 grams of a mixture or substance

████████████████████████  _160_
                          ror No.

Date: _7/29/24_

8

FILED
JAMES J. VILT, JR. - CLERK
JUL 29 2024
U.S. DISTRICT COURT
WEST'N. DIST. KENTUCKY

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF KENTUCKY
LOUISVILLE DIVISION

UNITED STATES OF AMERICA                                    Plaintiff

v.                                          Criminal Action No. 3:22-cr-37-RGJ

JERLEN HORTON                                               Defendants
CHICOBY SUMMERS

## VERDICT FORM

**Count 3 (Jerlen Horton):**
**POSSESSION OF A CONTROLLED SUBSTANCE WITH INTENT TO DISTRIBUTE**

Question 1. With respect to the charge in Count 3, Possession with Intent to Distribute Heroin, we, the jury, find the defendant, Jerlen Horton:

GUILTY __✓__          NOT GUILTY _____

_____ 160
Juror No.

Date: 7/29/24

If you answered guilty in response to Question 1, proceed to Question 1(a).

If you answered not guilty in response to Question 1, skip Question 1(a), and move on to the next count.

9

Question 1(a). With respect to Count 3, the amount of the mixture or substance containing a detectable amount of heroin attributable to Jerlen Horton was (indicate answer by checking one line below):

✓ 100 grams or more of a mixture or substance

_____ less than 100 grams of a mixture or substance

                                                                        160

                                                                      Juror No.

Date: 7/29/24

10



FILED
JAMES J. VILT, JR. - CLERK

JUL 29 2024

U.S. DISTRICT COURT
WEST'N. DIST. KENTUCKY

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF KENTUCKY
LOUISVILLE DIVISION

UNITED STATES OF AMERICA     Plaintiff

v.     Criminal Action No. 3:22-cr-37-RGJ

JERLEN HORTON     Defendants
CHICOBY SUMMERS

## VERDICT FORM

**Count 3 (Chicoby Summers):**
**POSSESSION OF A CONTROLLED SUBSTANCE WITH INTENT TO DISTRIBUTE**

Question 1. With respect to the charge in Count 3, Possession with Intent to Distribute Heroin, we, the jury, find the defendant, Chicoby Summers:

GUILTY __✓__     NOT GUILTY _____



__160__
Juror No.

Date: __7/29/24__

If you answered guilty in response to Question 1, proceed to Question 1(a).

If you answered not guilty in response to Question 1, skip Question 1(a), and move on to the next count.

Question 1(a). With respect to Count 3, the amount of the mixture or substance containing a detectable amount of heroin attributable to Chicoby Summers was (indicate answer by checking one line below):

✓ 100 grams or more of a mixture or substance

_____ less than 100 grams of a mixture or substance

[REDACTED] 160

or No.

Date: 7/29/24

**FILED**
JAMES J. VILT, JR. - CLERK

JUL 29 2024

U.S. DISTRICT COURT
WEST'N. DIST. KENTUCKY

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF KENTUCKY
LOUISVILLE DIVISION

UNITED STATES OF AMERICA                                    Plaintiff

v.                                          Criminal Action No. 3:22-cr-37-RGJ

JERLEN HORTON                                              Defendants
CHICOBY SUMMERS

### VERDICT FORM

**Count 4 (Jerlen Horton):**
**POSSESSION OF A CONTROLLED SUBSTANCE WITH INTENT TO DISTRIBUTE**

With respect to the charge in Count 4, Possession with Intent to Distribute Cocaine Base, we, the jury, find the defendant, Jerlen Horton:

GUILTY __✓__          NOT GUILTY _____

[signature redacted]                                         160
                                                           or No.

Date: 7/29/24

If you answered guilty in response to Question 1, proceed to Question 1(a).

If you answered not guilty in response to Question 1, skip Question 1(a), and move on to the next count.

13

Question 1(a). With respect to Count 4, the amount of the mixture or substance containing a detectable amount of cocaine base attributable to Jerlen Horton was (indicate answer by checking one line below):

____✓____ a mixture or substance containing a detectable amount of cocaine base

_____ none

160 Juror No.

Date: 7/29/24



FILED
JAMES J. VILT, JR. - CLERK
JUL 29 2024
U.S. DISTRICT COURT
WEST'N. DIST. KENTUCKY

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF KENTUCKY
LOUISVILLE DIVISION

UNITED STATES OF AMERICA     Plaintiff

v.     Criminal Action No. 3:22-cr-37-RGJ

JERLEN HORTON
CHICOBY SUMMERS     Defendants

### VERDICT FORM

**Count 4 (Chicoby Summers):**
**POSSESSION OF A CONTROLLED SUBSTANCE WITH INTENT TO DISTRIBUTE**

With respect to the charge in Count 4, Possession with Intent to Distribute Cocaine Base, we, the jury, find the defendant, Chicoby Summers:

GUILTY ✓     NOT GUILTY _____

16 0
Juror No.

Date: 7/29/24

If you answered guilty in response to Question 1, proceed to Question 1(a).

If you answered not guilty in response to Question 1, skip Question 1(a), and move on to the next count.

Question 1(a). With respect to Count 4, the amount of the mixture or substance containing a detectable amount of cocaine base attributable to Chicoby Summers was (indicate answer by checking one line below):

____✓____ a mixture or substance containing a detectable amount of cocaine base

_____ none

<br>

[juror signature redacted]   160
                                           Juror No.

Date: 7/29/24

16

FILED
JAMES J. VILT, JR. - CLERK
JUL 29 2024
U.S. DISTRICT COURT
WEST'N. DIST. KENTUCKY

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF KENTUCKY
LOUISVILLE DIVISION

UNITED STATES OF AMERICA                           Plaintiff

v.                                    Criminal Action No. 3:22-cr-37-RGJ

JERLEN HORTON                                      Defendants
CHICOBY SUMMERS

## VERDICT FORM

**Count 5 (Jerlen Horton):**
**POSSESSION OF A FIREARM IN FURTHERANCE OF A DRUG TRAFFICKING CRIME**

With respect to the charge in Count 5, Possession of a Firearm in Furtherance of a Drug Trafficking Crime, we, the jury, find the defendant, Jerlen Horton:

GUILTY ✓          NOT GUILTY _____

                                              160
                                           Juror No.

Date: 7/29/24

17

```
                                              FILED
                                       JAMES J. VILT, JR. - CLERK

                                            JUL 29 2024
         UNITED STATES DISTRICT COURT
         WESTERN DISTRICT OF KENTUCKY     U.S. DISTRICT COURT
             LOUISVILLE DIVISION          WEST'N. DIST. KENTUCKY
```

UNITED STATES OF AMERICA                                    Plaintiff

v.                                    Criminal Action No. 3:22-cr-37-RGJ

JERLEN HORTON                                               Defendants
CHICOBY SUMMERS

### VERDICT FORM

**Count 6 (Chicoby Summers):**
**POSSESSION OF A FIREARM IN FURTHERANCE OF A DRUG TRAFFICKING CRIME**

With respect to the charge in Count 6, Possession of a Firearm in Furtherance of a Drug Trafficking Crime, we, the jury, find the defendant, Chicoby Summers:

GUILTY ✓                NOT GUILTY _____

[redacted]                                    160
                                              or No.

                           Date: 7/29/24

18