FILED
JAMES J. VILT, JR. - CLERK
JUL 3 0 2024
U.S. DISTRICT COURT
WEST'N. DIST. KENTUCKY

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF KENTUCKY
LOUISVILLE DIVISION

UNITED STATES OF AMERICA　　　　　　　　　　　　　　　Plaintiff

v.　　　　　　　　　　　　　　　　Criminal Action No. 3:22-cr-37-RGJ

JERLEN HORTON　　　　　　　　　　　　　　　　　　　　Defendants
CHICOBY SUMMERS

## VERDICT FORM

**Count 7 (Jerlen Horton):**
**POSSESSION OF A FIREARM BY A PROHIBITED PERSON**

With respect to the charge in Count 7, Possession of a Firearm by a Prohibited Person on or about November 3, 2021, we, the jury, find the defendant, Jerlen Horton:

GUILTY_____　　　　　NOT GUILTY___✓____

_160_
Juror No.

Date: _7/30/24_

1

FILED
JAMES J. VILT, JR. - CLERK

JUL 30 2024

U.S. DISTRICT COURT
WEST'N. DIST. KENTUCKY

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF KENTUCKY
LOUISVILLE DIVISION

UNITED STATES OF AMERICA                                                Plaintiff

v.                                                   Criminal Action No. 3:22-cr-37-RGJ

JERLEN HORTON                                                           Defendants
CHICOBY SUMMERS

### VERDICT FORM

**Count 8 (Chicoby Summers):**
**ESCAPE**

With respect to the charge in Count 8, Escape, we, the jury, find the defendant, Chicoby Summers:

GUILTY ✓            NOT GUILTY _____

[juror number redacted]      160
                             Juror No.

Date: 7/30/24

2